by Daniel W. Shoyer and another against the Phœnix Knitting Works. From an order denying defendant's motion for particulars of plaintiff's complaint and reply, it appeals. Modified and affirmed. B. L. Stowell, of New York City, for appellant. Achilles H. Kohn, of New York City, for respondents.

PER CURIAM. The order appealed from will be modified, by granting the defendant's motion for particulars as specified in paragraphs 9 to 17, inclusive, of the demand, in addition to those already granted, and, as so modified, is affirmed, without costs to either party in this court.

SIDWAY, Respondent, v. SIDWAY, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Mary S. Sidway against Harold S. Sidway.

PER CURIAM. Motion to dismiss appeal denied, on condition that the appellant, within 10 days, pay the counsel fee on appeal already awarded by order of the Special Term, and also the sum of $500 on account of the arrears of alimony, and perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 137 N. Y. Supp. 1143.

SIDWAY, Appellant, v. SIDWAY, Respondent. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by Mary S. Sidway against Harold S. Sidway. No opinion. Order affirmed, without costs. See, also, 137 N. Y. Supp. 1143.

SILVERMAN v. CAPPEL. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Hyman H. Silverman against Peter P. Cappel. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) In the matter of the application and petition of J. Edward Simmons and others, etc. Hill View Reservoir, Section No. 2, Parcel No. 119.

PER CURIAM. Order of confirmation affirmed, with $10 costs and disbursements.

BURR, J., dissents, upon the ground that the evidence is not clear that the "chute" which it is claimed gives special value to this property as a race track was in existence when the title vested in the city. There is some evidence that it was constructed afterwards.

SIMONS, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by Caroline J. Simons, as administratrix, etc., against the International Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE, J., dissents. SPRING, J., not sitting.

SIRE, Respondent, v. BROWNING, Appellant. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Meyer L. Sire against Edward F. Browning. C. E. Thornall, of New York City, for appellant. H. B. Johnson, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 149 App. Div. 943, 134 N. Y. Supp. 1146.

SKINNER, Respondent, v. DENTON, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by James H. Skinner against Jacob I. Denton. No opinion. Motion denied, on condition that the appellant perfect his appeal, place the case upon the next calendar of this court, and be ready for argument when reached; otherwise, motion granted, without costs.

SKIPPANI, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by Alfranzina Skippani, as administratrix, against the New York, Ontario & Western Railway Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

THOMAS, J., dissents.

SLAUGHTER, Respondent, v. TURKEL et al., Appellants. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Alexander F. Slaughter against Bernard Turkel and another. A. I. Spiro, of New York City, for appellants. G. H. Francoeur, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed. See, also, 146 App. Div. 620, 131 N. Y. Supp. 324.

SLAVIN, Respondent, v. O'LEARY & FLANNAGAN CO., Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by William Slavin, as administrator against the O'Leary & Flannagan Company. E. J. Blair, of New York City, for appellant. W. J. Rosenstein, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SLINEY, Appellant, v. FIRE DEPARTMENT OF TOWN OF NEWTOWN et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by John R. Sliney against the Fire Department of the Town of Newtown and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 148 App. Div. 930, 133 N. Y. Supp. 1144.